UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID I. SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>MACY'S INC.; and<br>CITIGROUP, INC.,<br><br>    Defendants. | NO. 1:14-CV-3141-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 47). The parties have stipulated to the dismissal of all of Plaintiff's claims against Defendants with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without an award of costs or attorney's fees to any party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Defendants' Motion to Dismiss Plaintiff's (Second) Amended Complaint (ECF No. 46) is **DENIED as moot** and all pending hearings are vacated.

The District Court Executive is hereby directed to enter this Order, furnish copies to the parties, and **CLOSE** the file.

**DATED** May 25, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2